*ORDER*

PER CURIAM.

AND NOW, this 20th day of April, 2004, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated March 15, 2004, are approved and IT IS ORDERED that DREW KRISHEN KAPUR, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

847 A.2d 672

**In the Matter of John R. AXTELL.**

Supreme Court of Pennsylvania.

April 20, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 20th day of April, 2004, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated March 15, 2004, are approved and IT IS ORDERED that JOHN R. AXTELL, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in

560

the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

847 A.2d 673

**In the Matter of Arthur C. KELLUM.**

**No. 888 DISC 3, C3–03–869, 29311.**

Supreme Court of Pennsylvania.

April 20, 2004.

## ORDER

PER CURIAM.

AND NOW, this 20th day of April, 2004, Arthur C. Kellum having been disbarred from the practice of law in the State of Missouri by Order of the Supreme Court of Missouri dated September 23, 2003; the said Arthur C. Kellum having been directed on February 3, 2004, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, the request for a hearing is denied and it is

ORDERED that Arthur C. Kellum is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.